UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA BENNETT,

                              Plaintiff,

                    -v-

661 ASSETS LLC, *et al.*,

                              Defendants.

25-CV-9412 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Crab House Inc.'s motion for clarification on the scope of counsel's representation is GRANTED.  The Clerk of Court is directed to amend the docket and caption to reflect that Attorney Hui Chen represents only Crab House Inc. in this action.

However, given the uncertainty regarding the representation of Defendant 661 Assets LLC arising from Attorney Chen's statements in prior filings, counsel for Crab House Inc. is directed to serve a copy of this order on Defendant 661 Assets LLC on or before May 26, 2026. Defendant 661 Assets LLC must have counsel appear on the docket on or before June 2, 2026, or will risk a default judgment in this case.  The deadline to complete mediation is adjourned pending the appearance of Defendant 661 Assets LLC.

Additionally, it appears that Crab House Inc. has yet to file an answer to the complaint. Crab House Inc. shall move, answer, or otherwise respond to the complaint on or before May 26, 2026, or will also risk a default judgment in this case.

SO ORDERED.

Dated: May 12, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge