UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA BENNETT,

                          Plaintiff,

          -v-

661 ASSETS LLC, *et al.*,

                          Defendants.

25-CV-9412 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 12, 2026, the Court ordered (1) counsel for Defendant 661 Assets LLC to appear on the docket on or before June 2, 2026, and (2) Defendant Crab House Inc. to move, answer, or otherwise respond to the complaint by May 26, 2026.  (ECF No. 19.)  However, no appearance has been entered on 661 Assets LLC's behalf, and no response to the complaint has been filed by Crab House Inc. in the allotted time.  Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

If Plaintiff fails by July 23, 2026, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

 Plaintiff is directed to serve a copy of this order by mail on Defendants.

 SO ORDERED.

Dated:  June 8, 2026
        New York, New York

_____
          J. PAUL OETKEN
      United States District Judge